UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CAUSE NO. 4:10-CR-5-SEB-MGN |
| | ) | |
| JOHN CRAVENS | ) | |
| | ) | |
| Defendant | ) | |

## ORDER APPROVING AND ADOPTING MAGISTRATE JUDGE=S REPORT AND RECOMMENDATION

The Court, having considered the Magistrate Judge=s Report and Recommendation dated February 28, 2014, hereby approves and adopts it as an order of this Court.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that the defendant=s supervised release is REVOKED. The defendant is sentenced to the custody of the Attorney General or his designee for a period of eight (8) months, with no term of supervised release to follow.

Date: 03/04/2014

*[signature]*

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution to all electronically registered counsel via CM/ECF and

U.S. Marshal

U.S. Probation